09/13/2012   15:20     8455620859                    LAIT                                    PAGE   01/

# LARKIN
# AXELROD
# INGRASSIA &
# TETENBAUM, LLP
### ATTORNEYS AT LAW

WILLIAM J. LARKIN III
ALAN J. AXELROD
JOHN INGRASSIA

AZRA J. KHAN
JAMES A. BURKE
MICHAEL KOLB
KATHLEEN V. WELLS
DANIEL C. JACKSON III (NY,VA)
DANA M. LOIACONO (NY,CT)
CRAIG STEPHEN BROWN
BRIAN D. ACARD
MILANA TEFERMAYSTER (NY,CT)
JOHN W. CALLANAN

ELLIOT S. TETENBAUM, OF COUNSEL
ANGELO J. INGRASSIA, OF COUNSEL

356 MEADOW AVENUE
NEWBURGH, NY 12550
(845) 562-3366
(845) 562-0859 FAX

626 EAST MAIN STREET
MIDDLETOWN, NY 10940
(845) 342-3366
(845) 344-4996 FAX

WWW.LAITLAW.COM
(888) 4-LAITLAW

SERVICE BY FACSIMILE NOT AUTHORIZED

September 13, 2012

By Fax to (914) 390-4170

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601



Re: Doupona vs. Port Authority of New York and New Jersey, et al.
11-CV-264 VLB

Dear Judge Briccetti:

We represent the plaintiff in the above-referenced case, which has been settled.

To date, the plaintiff has received only one-half of the settlement amount. We are awaiting payment of the other half of the settlement amount, which is to be paid by the defendant Oxford Technical Services, Inc.

After having been advised that the case was settled, by Order dated July 10, 2012, Your Honor ordered "that this action is dismissed without costs and without prejudice to restoring the action to the Courts calendar, provided the application to restore the action is made by no later than August 9, 2012."

We wrote to the Court on August 8, 2012 because the settlement documents had not been fully executed and the plaintiff had not received any of the settlement monies as of that date.

In response to that letter, the Court extended the deadline for an application to restore the case to the calendar to September 14, 2012.

Because we have not received the entirety of the settlement amount, we are constrained to write to the Court to request that either the case be restored to the calendar or that the deadline for applying to the Court to restore the case to the calendar be extended.

Thank you.

Respectfully,
Larkin, Axelrod, Ingrassia & Tetenbaum, L.L.P.

By: Michael Kolb

MK/bm

cc:

Wilson Elser Moskowitz Edelman & Dicker, LLP
150 East 42nd Street
New York, NY  10017
By Fax to (212) 490-3038

McKeegan Law PC
120 White Plains Road, Suite 125
Tarrytown, NY  10591
By Fax to (212) 661-4813

The ~~deadline~~ deadline for making application to restore this case to the calendar is extended to Oct. 15, 2012.

So ordered:

VBA

USDJ

9/13/12